```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ALEXANDER A. CABOT ET AL,                                         :
                                                                  :
                        Plaintiffs,                               :
                                                                  :       25-cv-05241 (LJL)
        -v-                                                       :
                                                                  :          ORDER
ACE FUNDING SOURCE LLC,                                           :
                                                                  :
                        Defendant.                                :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2025

LEWIS J. LIMAN, United States District Judge:

      The Initial Pretrial Conference previously set for tomorrow, October 14, 2025 is rescheduled to December 15, 2025 at 2:00PM. The conference will proceed remotely by telephone and parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

      SO ORDERED.

Dated: October 13, 2025
       New York, New York

                                                     LEWIS J. LIMAN
                                             United States District Judge